*Rev. October 3, 2016*

# PLEA MINUTE SHEET
## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

| CR 19-2165 MV | UNITED STATES vs. VILLANUEVA |
|---|---|

### Before The Honorable Gregory J. Fouratt, United States Magistrate Judge

| Hearing Date: | 11/08/19 | Time In and Out: | 10:59 a.m.-11:05; 11:46-12:08 (22 min) |
|---|---|---|---|
| Clerk: | V. Ruiz | Digital Recording: | LC-Sierra Blanca |
| Defendant: | JOEL AGUILAR VILLANUEVA | Defendant's Counsel: | JEFF LAHANN |

| AUSA: | MARISA ONG | Interpreter: | N/A | ☐ | Sworn |
|---|---|---|---|---|---|
| | | | | ☐ | Waived |

| ☒ | Defendant Sworn | ☐ | First Appearance |
|---|---|---|---|

| ☒ | Consent to proceed before a magistrate judge executed with full knowledge of meaning and effect. |
|---|---|
| ☒ | Deft acknowledges receipt of:    **Indictment** |
| ☐ | If Deft proceeding by way of information, Deft acknowledges right to an indictment and waives that right. |

| ☒ | Terms and conditions of proposed plea agreement explained. | ☒ Defendant indicates understanding of its terms. |
|---|---|---|

| ☒ | Factual predicate to sustain the plea provided. |
|---|---|
| ☒ | Deft questioned re Deft's age, education, physical/mental condition, and whether under the influence of alcohol, drugs, or any medication.  Deft advised of charge(s), penalties and possible consequences of the plea. |
| ☒ | Deft advised of constitutional rights, loss of rights, and maximum possible penalties (including imprisonment, fine, supervised release, probation, SPA, restitution, and any forfeitures). |
| ☒ | Deft questioned re time to consult with attorney and if satisfied with his or her representation. |
| ☒ | Court finds Deft fully understands charge(s) and the consequences of entering a guilty plea to that charge (or those charges). |
| ☒ | Deft pleads GUILTY to:  **Indictment** |
| ☒ | Allocution by Deft on elements of charge(s). |
| ☒ | Court finds plea freely, voluntarily, and intelligently made; plea of guilty accepted. |
| ☒ | Deft adjudged guilty. |
| ☒ | Acceptance of plea agreement deferred until final disposition hearing by district judge. |
| ☒ | Sentencing Date: **to be notified** |
| ☒ | Defendant to Remain in Custody |

| ☐ | Present conditions of release continued | ☐ | Conditions changed to: |
|---|---|---|---|
| ☐ | Penalty for failure to appear explained | | |
| ☒ | Presentence Report Ordered | ☐ | Expedited (Type III) |

| | Other Matters: |
|---|---|