UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES

    Plaintiff

V.                                                                           CR No. **19-2165KWR**

**JOEL AGUILAR VILLANUEVA,**

    **Defendant.**

## ORDER FOR A PSYCHOSEXUAL EVALUATION

THIS MATTER, with the support of Defense counsel and the Assistant United States Attorney's Office, and the Court being fully advised of the reasons for a psychosexual evaluation support, the Court approves the request for the psychosexual evaluation, to be conducted by Dr. Marc A Caplan, Ph,d. of Marc A. Caplan and Associates, located at 637 N. Alameda Blvd, Las Cruces, New Mexico 88005.  The evaluation is scheduled for February 4, 2020, at 8:30 am.

IT IS THEREFORE ORDERED that defendant be transported to Dr. Caplan's office on Thursday February 4, 2020, at 8:30 am, to have a psychosexual evaluation.

IT IS FURTHER ORDERED that defendant shall pay for the evaluation.

_____
KEA W. RIGGS
United States District Judge