UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**ZOOM Clerk's Minutes**
**Before the Honorable Kea W. Riggs**

**CASE NO.** CR 19-2165 KWR       **DATE:** 3/3/2021

**TITLE:** *USA v. Joel Aguilar Villanueva*

**COURTROOM CLERK:** C. Bevel       **RECORDING:** Las Cruces Tortugas

**COURT IN SESSION:** 2:49PM-2:56PM       **TOTAL TIME:** 7 MINUTES

**TYPE OF PROCEEDING:** STATUS CONFERENCE

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**       **ATTORNEYS PRESENT FOR DEFENDANT(S):**
 Joni Stahl                                     Mary Stillinger

**PROCEEDINGS:**

2:49pm    Court in session, counsel enter appearances, defendant and counsel all appearing via zoom. Defendant appearing from Dona Ana Detention Center.

2:51pm    Ms. Stillinger has had an opportunity to review the docket and speak to defendant. Even though this an 11c1c agreement, Ms. Stillinger does require more time. Ms. Stillinger requests until May for a sentencing. Ms. Stillinger is trying to communicate with defendant's former attorney Mr. Lahann but has been unable to do so yet.

2:54pm    Ms. Stahl will communicate with Ms. Stillinger to provide all that she can to move things along.

2:55pm    Court will either a set a status conference or a sentencing hearing in May. Ms. Stillinger to communicate with CRD to coordinate time/date. Counsel agree to proceed via zoom.

2:56pm    Court in recess.